# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**D ANDREW HEYMAN** and **WENDY HEYMAN,**
Appellants,

v.

**JACQUELINE RONA KLEIN,**
Appellee.

No. 4D2024-2054

[December 18, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502021CA007371XXXX-MB.

Juan Antunez of Stokes, McMillan, Antunez, Miami and Daniel M. Samson of Samson Appellate Law, Miami, for appellant.

Edward Downey of Downey McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***